WISNIEWSKI, APPELLANT, *v.* WISNIEWSKI, APPELLEE.

[Cite as Wisniewski *v.* Wisniewski (1985), 20 Ohio St. 3d 20.]

(No. 85-823—Decided October 30, 1985.)

*Frank W. Cubbon, Jr. & Associates Co., L.P.A.,* and *Darrel L. Rice,* for appellant.

*Neipp & Wingart Co., L.P.A.,* and *William H. Bracy,* for appellee.

This cause on appeal from the court of appeals (case No. L-84-414) is

*sua sponte* reversed on authority of *Shearer* v. *Shearer* (1985), 18 Ohio St. 3d 94, and *Kirchner* v. *Crystal* (1984), 15 Ohio St. 3d 326.

CELEBREZZE, C.J., SWEENEY, C. BROWN, DOUGLAS and WRIGHT, JJ., concur.

LOCHER, J., dissents.

HOLMES, J., not participating.